# SAUL EWING ARNSTEIN & LEHR LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

April 11, 2022

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

Re: *Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., et al.*
Civil Action No. 21-10309 (ZNQ)(RLS)

*In Re: Vascepa Antitrust Litigation*
Civil Action No. 21-12061 (ZNQ)(RLS)

Dear Judge Singh:

This firm, together with Covington & Burling LLP, represents Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin") in the above-captioned matters.

We write pursuant to L. Civ. R. 101.1(c)(5) to seek leave to withdraw the *pro hac vice* admission of Andrew J. Vaden, who was admitted *pro hac vice* in the above-captioned matters on behalf of Amarin. Saul Ewing Arnstein & Lehr LLP and Covington & Burling LLP will continue to serve as counsel for Amarin. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the respective dockets.

Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All counsel (via e-mail)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Rukhsanah L. Singh, U.S.M.J.
April 11, 2022
Page 2

SO ORDERED that the *pro hac vice* admission of Andrew J. Vaden is withdrawn.

April 11, 2022.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.