

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

April 12, 2022

<u>VIA ECF</u>

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court District of New Jersey
Clarkson S. Fisher Building & US Courthouse
402 East State Street
Trenton, NJ 08608

   Re: <u>*Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., et al.*
     Civil Action No. 21-10309 (ZNQ)(RLS)</u>

Dear Judge Singh:

  This firm, together with Covington & Burling LLP, represents Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin") in the above-captioned case. We write in response to Plaintiff Dr. Reddy's Laboratories Inc.'s ("DRL") April 8, 2022 letter (D.I. 65), and to apprise the Court of Judge Goodman's October 29, 2021 Order in this matter denying discovery before a ruling on Amarin's pending Motion to Dismiss (*see* D.I. 45).

  On October 18, 2021, DRL wrote a similar letter to Judge Quraishi, requesting that discovery commence on November 1, 2021. *See* D.I. 44. DRL's letter followed a similar request by the plaintiffs in the related *In re Vascepa Antitrust Litigation*, Civil Action Nos. 21-12747 (Direct Purchaser Class Actions) and 21-12061 (Indirect Purchaser Class Actions). Amarin opposed the commencement of discovery, and the parties to the class action cases submitted a joint letter on this issue to the Court on October 14, 2021. *See* Civil Action No. 21-12061, D.I. 67. The Court denied plaintiffs' request to begin discovery while the Motions to Dismiss in those cases were pending. *See* Civil Action No. 21-12061, D.I. 69. And, on October 29, 2021, the Court similarly denied DRL's request to commence discovery prior to ruling on the pending Motion to Dismiss in this case (*see* D.I. 45).

  For the reasons set forth by Amarin in the October 14, 2021 joint letter to the Court, Civil Action No. 21-12061, D.I. 67, and consistent with the Court's October 29 Order in this case (D.I. 45), Amarin respectfully submits that the Court's October 29 Order correctly resolved this issue and should not be modified. Accordingly, DRL's request for a "discovery conference" should be denied.

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Rukhsanah L. Singh, U.S.M.J.
April 12, 2022
Page 2

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All counsel (via e-mail)