

windelsmarx.com

**Frank D. Rodriguez**
973.966.3232

frodriguez@windelsmarx.com

One Giralda Farms  | Madison, NJ 07940
T. 973.966.3200  | F. 973.966.3250

August 26, 2022

GRANTED.  Counsel are instructed to confer with counsel in 21-cv-12061 and file a proposed schedule with order and timing for joint oral argument by no later than September 9, 2022.  So Ordered this 29th day of August, 2022.

 s/ Zahid N. Quraishi
ZAHID N. QURAISHI, U.S.D.J.

**VIA ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

*Re: Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., et al No. 21-10309 (ZNQ)(RLS)*

Dear Judge Quraishi:

    This firm, together with Wilson Sonsini Goodrich & Rosati P.C., represents Plaintiff Dr. Reddy's Laboratories Inc. ("DRL") in the above-captioned litigation.  We respectfully request to join in the oral argument currently set for September 27, 2022 at 11:00 am in a related matter (Uniformed Fire Officers Association Family Protection Plan Local 854 et al. v. Amarin Pharma, Inc. et al., No. 21-12061 (*In Re Vascepa Antitrust Litigation: Indirect Purchaser Plaintiffs*)).

    The Court may recall that DRL filed its antitrust action against Defendant Amarin Pharma, Inc. ("Amarin") prior to class plaintiffs' actions, nearly sixteen months ago on April 27, 2021 for blocking and delaying the entry of DRL's lower-cost generic into the market for icosapent ethyl drug products.  The parties in this matter completed briefing on Amarin's Motion to Dismiss over eight months ago.  This case remains of substantial importance to DRL to remedy the conduct that delayed its entry by at least ten months.  DRL has requested oral argument on Defendant Amarin's Motion to Dismiss,[1] and DRL continues to believe that oral argument would assist the Court in resolving the Motion to Dismiss expeditiously.

    On August 23, 2022, this Court set oral argument for Defendant's Motion to Dismiss in the Indirect Purchaser Plaintiffs' case for September 27, but no oral argument has been set in DRL's case.  As described in the Indirect Purchaser Plaintiffs' letter requesting oral argument, the pending Motions to Dismiss in DRL's case and Indirect Purchaser Plaintiffs' case involve overlapping legal and factual issues, although there are certain legal and fact issues unique to

---

[1] *See* Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., No. 21-10309 (ZNQ)(RLS), ECF No. 55.

Honorable Zahid N. Quraishi, U.S.D.J.
August 26, 2022
Page 2

DRL's case.[2]  Indirect Purchaser Plaintiffs also submitted that oral argument could be combined for DRL's matter and Indirect and Direct Purchaser Plaintiffs' class actions.

      We respectfully request that DRL be permitted to participate in the oral argument on September 27.  DRL will coordinate with Indirect Purchaser Plaintiffs' counsel beforehand to assure efficiency as well as to avoid any duplication.

      Thank you for your consideration of this letter.

Respectfully Submitted,

/s/ *Frank D. Rodriguez*

Frank D. Rodriguez

---

[2] In Re: Vascepa Antitrust Litigation Indirect Purchaser Plaintiffs, No. 21-12061 (ZNQ)(RLS), ECF No. 74.