# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

_____

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **5 BECKER FARM ROAD** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **ROSELAND, N.J.  07068-1739** | JAMES A. O'BRIEN, III | KEVIN G. COOPER |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **PHONE (973) 994-1700** | JOHN G. ESMERADO | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **FAX (973) 994-1744** | STEVEN G. TYSON | JORDAN M. STEELE** |
| | BRIAN H. FENLON | **www.carellabyrne.com** | MATTHEW J. CERES | ZACHARY A. JACOBS*** |
| | LINDSEY H. TAYLOR | | MARC D. MORY | MICHAEL K. BELOSTOCK |
| | CAROLINE F. BARTLETT | | | BRIAN F. O'TOOLE** |
| | ZACHARY S. BOWER+ | September 9, 2022 | OF COUNSEL | SEAN M. KILEY |
| | DONALD A. ECKLUND | | | MICHAEL B. SIMONE |
| | CHRISTOPHER H. WESTRICK* | | *CERTIFIED BY THE SUPREME COURT OF | ROBERT J. VASQUEZ |
| | STEPHEN R. DANEK | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MICHAEL A. INNES | | +MEMBER FL BAR ONLY | |
| | MEGAN A. NATALE | | **MEMBER NY BAR ONLY | |
| | | | ***MEMBER IL BAR ONLY | |

<u>**VIA ECF**</u>

Honorable Zahid N. Quraishi
United States District Judge
for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State St.
Trenton, NJ 08608

> Re:   *In re: Vascepa Antitrust Litig.*,
> Civil Action Nos. 21-12061 (ZNQ)(LHG)
>
> *Dr. Reddy's Laboratories, Inc. v. Amarin Pharma, Inc. et al.*,
> Civil Action No. 21-10309(ZNQ)(LHG)

Dear Judge Quraishi:

I write on behalf of the parties in the *In re: Vascepa Antitrust Litigation* (Indirect and Direct Purchaser Actions) and *Dr. Reddy's Labs, Inc. v. Amarin Pharma, Inc. et al.*, pursuant to the Court's Order that counsel confer and file a proposed schedule with order and timing for joint oral argument on Amarin's pending motions in all three cases. *See* Case No. 21-10309, ECF No. 74.

The parties have met and conferred and propose that the three pending motions be argued together, given the significant overlapping factual and legal issues while recognizing that each motion has some unique issues. To accomplish this, we propose two hours of total argument time, with one hour for the Amarin defendants and one hour combined for the indirect purchaser plaintiffs, direct purchaser plaintiffs, and Dr. Reddy's Labs. The plaintiffs will allocate their hour among themselves, reserving time for rebuttal as appropriate.

Should the Court desire a different structure or timing, we will, of course, amend our proposal.

Honorable Zahid N. Quraishi
September 9, 2022
Page  2

| | |
|---|---|
| /s/James E. Cecchi | /s/ Peter S. Pearlman |
| James E. Cecchi | Peter S. Pearlman |
| Lindsey H. Taylor | Matthew F. Gately |
| CARELLA,  BYRNE,  CECCHI,  OLSTEIN, | COHN LIFLAND PEARLMAN |
| BRODY & AGNELLO | HERRMANN & KNOPF LLP |
| 5 Becker Farm Road | 250 Pehle Avenue, Suite 401 |
| Roseland, NJ 07068 | Saddle Brook, NJ 07663 |
| Telephone: (973) 994-1700 | psp@njlawfirm.com |
| Facsimile: (973) 994-1744 | mfg@njlawfirm.com |
| jcecchi@carellabyrne.com | |
| ltaylor@carellabyrne.com | Michael L. Roberts |
| | Karen S. Halbert |
| Lauren G. Barnes | Stephanie E. Smith |
| Thomas M. Sobol | ROBERTS LAW FIRM US, PC |
| Abbye R. K. Ognibene | 20 Rahling Cir. |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Little Rock, AR 72223 |
| 55 Cambridge Parkway, Suite 301 | (501) 821-5575 |
| Cambridge, MA 02142 | mikeroberts@robertslawfirm.us |
| Telephone: (617) 482-3700 | karenhalbert@robertslawfirm.us |
| Facsimile: (617) 482-3003 | stephaniesmith@robertslawfirm.us |
| tom@hbsslaw.com | |
| lauren@hbsslaw.com | Linda P. Nussbaum |
| abbyeo@hbsslaw.com | Peter Moran |
| | NUSSBAUM LAW GROUP, P.C. |
| Lee Albert | 1211 Avenue of the Americas, 40th Fl. |
| Brian Murray | New York, NY 10036 |
| Greg Linkh | (917) 438-9189 |
| Brian Brooks | lnussbaum@nussbaumpc.com |
| GLANCY PRONGAY & MURRAY LLP | pmoran@nussbaumpc.com |
| 230 Park Avenue, Suite 358 | |
| New York, NY 10169 | Dianne M. Nast |
| Telephone: (212) 682-5340 | Daniel N. Gallucci |
| Facsimile: (212) 884-0988 | Michele S. Burkholder |
| bmurray@glancylaw.com | NASTLAW LLC |
| lalbert@glancylaw.com | 1101 Market Street, Suite 2801 |
| glinkh@glancylaw.com | Philadelphia, PA 19107 |
| bbrooks@glancylaw.com | (215) 923-9300 |
| | dnast@nastlaw.com |
| Joseph H. Meltzer | dgallucci@nastlaw.com |
| Terence S. Ziegler | mburkholder@nastlaw.com |
| Ethan J. Barlieb | |
| Lauren M. McGinley | *Counsel for KPH Healthcare Services, Inc.,* |
| | *a/k/a Kinney Drugs, Inc. and the Proposed* |

Honorable Zahid N. Quraishi
September 9, 2022
Page 3

| | |
|---|---|
| KESSLER TOPAZ MELTZER & CHECK, LLP<br>20 King of Prussia Road<br>Radnor, PA 19807<br>Telephone: (610) 667-7706<br>jmeltzer@ktmc.com<br>tziegler@ktmc.com<br>ebarlieb@ktmc.com<br>lmcginley@ktmc.com<br><br>*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs and the Proposed Class* | *Direct Purchaser Class* |
| /s/ Frank D. Rodriguez<br>Frank D. Rodriguez<br>Stuart D. Sender<br>WINDELS MARX LANE & MITTENDORF LLC<br>One Giralda Farms<br>Madison, NJ 07940<br>Telephone: (973) 966-3200<br>Facsimile: (973) 966-3250<br><br>Seth C. Silber<br>Alexandra Keck<br>Christina Clemens<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1700 K Street NW, 5th Floor<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br><br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Phone: (212) 999-5800<br>Fax: (212) 999-5899<br><br>*Attorneys for Plaintiff Dr. Reddy's Laboratories Inc.* | /s/ William C. Baton<br>Charles M. Lizza<br>William C. Baton<br>Sarah A. Sullivan<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 1520<br>Newark, NJ 07102<br>Telephone: (973) 286-6722<br>wbaton@saul.com<br><br>Timothy C. Hester<br>Ashley E. Bass<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>thester@cov.com<br>abass@cov.com<br><br>*Attorneys for Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation PLC* |

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION

Honorable Zahid N. Quraishi
September 9, 2022
Page  4

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION