

**Frank D. Rodriguez**
973.966.3232

frodriguez@windelsmarx.com

windelsmarx.com

One Giralda Farms  |  Madison, NJ 07940
T. 973.966.3200  |  F. 973.966.3250

October 13, 2022

**VIA ECF**
Honorable Zahid N. Quraishi, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

*Re: Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., et al No. 21-10309 (ZNQ)(RLS)*

Dear Judge Quraishi:

      This firm, together with Wilson Sonsini Goodrich & Rosati P.C., represents Plaintiff Dr. Reddy's Laboratories Inc. ("DRL") in the above-captioned litigation.  We write to inform the Court that DRL has reviewed the transcript of the oral argument held on September 27, 2022 and that DRL has no redactions and does not object to unsealing the transcript.  We have also been informed by counsel for defendant Amarin Pharma Inc. and plaintiffs in the Direct Purchaser and Indirect Purchaser cases (docket nos. 21-12747 and 21-12061) that those parties also have no redactions.

      Thank you for giving us the opportunity to review the transcript.

Respectfully Submitted,

*s/ Frank D. Rodriguez*

Frank D. Rodriguez

SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 10/14/2022