# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: OCTOBER 27, 2022**

**JUDGE ZAHID N. QURAISHI**
**COURT REPORTER: MEGAN MCKAY-SOULE**

**TITLE OF CASE:**  **CV21-10309 (ZNQ)**

DR. REDDY'S LABORATORIES INC.

v.

AMARIN PHARMA, INC., et al

**APPEARANCES:**
None.

**NATURE OF PROCEEDINGS:**
Oral Opinion re: Motion to Dismiss (ECF No. 49) read into the record.
Order motion granted in part and denied in part.
Order to be filed.

**Time Commenced:** 2:21 p.m.
**Time Adjourned:** 2:27 p.m.
**Total Time: 6 minutes**

s/*Kim Stillman*
**DEPUTY CLERK**