UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**DR. REDDY'S LABORATORIES INC.,**

Plaintiff,

v.

**AMARIN PHARMA, INC.,** *et al.***,**

Defendants.

Civil Action No. 21-10309 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants. (the "Motion," ECF No. 49.) For the reasons expressed in the opinion delivered today on the record,

**IT IS** on this **27th** day of **October 2022,**

**ORDERED** that Defendants' Motion (ECF No. 49) is hereby **GRANTED IN PART AND DENIED IN PART**:

1. Defendants' Motion to Dismiss as it relates to Plaintiff's antitrust claims is **DENIED**;

2. Defendants' Motion to Dismiss as it relates to Plaintiff's tortious interference in Count VI of the Complaint is **GRANTED**;

3. Plaintiff is hereby granted leave to amend its tortious interference claim within **30 days** of the entry of this Order

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**