**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. REDDY'S LABORATORIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AMARIN CORPORATION PLC <br><br> Defendants. | **Civil Action No.** <br> **3:21-cv-10309 (ZNQ-RLS)** <br><br><br> **ORDER BY CONSENT FOR** <br> ***PRO HAC VICE*** **RE-ADMISSION OF** <br> **BRENDAN J. COFFMAN, ESQ.** |

**THIS MATTER** having been opened to the Court by Windels Marx Lane & Mittendorf, LLP, attorneys for Plaintiff, Dr. Reddy's Laboratories, Inc. ("Plaintiff" or "DRL"), upon application for entry of an Order pursuant to Local Rule 101.1(c), for the *pro hac vice* re-admission of Brendan J. Coffman, Esq. in the above-entitled action*;* and the Court having considered the supporting Certifications submitted; and with the consent of counsel for above-named Defendants to this application; and for good cause appearing;

**IT IS** on this **1st** day of **November**, **2022**

**ORDERED** that Plaintiff's application for the *pro hac vice* re-admission of Brendan J. Coffman, Esq. of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. is hereby GRANTED, and Brendan J. Coffman, Esq. is hereby re-admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the purposes of appearing and participating in all proceedings connected with above-ntitled litigation on behalf of Plaintiff; and it is

**FURTHER ORDERED** that Brendan J. Coffman, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify

the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is

**FURTHER ORDERED** that Brendan J. Coffman, Esq. shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, continue to make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is

**FURTHER ORDERED** that Brendan J. Coffman, Esq. shall remain associated with the law firm of Windels Marx Lane & Mittendorf, LLP, One Giralda Farms, Madison, New Jersey 07940, local counsel of record for DRL in this matter, and that all pleadings, briefs and other papers filed with the Court on behalf of the DRL shall be reviewed and signed by Frank D. Rodriguez, Esq. or an attorney-at-law of this Court associated with Windels Marx Lane & Mittendorf, LLP, who shall be responsible for them and for the conduct of Brendan J. Coffman, Esq. in this matter; and it is

**FURTHER ORDERED** that the Clerk of Court is hereby directed to TERMINATE the Motion pending at Docket Entry No. 84.

**SO ORDERED.**

      /s/ Rukhsanah L. Singh
**Honorable Rukhsanah L. Singh**
**United States Magistrate Judge**

{80297713:1}