# SAUL EWING ARNSTEIN & LEHR LLP

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

**VIA ECF**

November 9, 2022

Honorable Rukhsanah L. Singh, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

Re: *Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., et al.*
Civil Action No. 21-10309 (ZNQ)(RLS)

Dear Judge Singh:

This firm, together with Covington & Burling LLP, represents the Amarin defendants in the above-captioned litigation.

Amarin respectfully requests an extension until December 6, 2022 to answer DRL's complaint. Pursuant to Fed. R. Civ. P. 12(a)(4)(A), and in light of Judge Quraishi's October 27, 2022 Order granting-in-part and denying-in-part Amarin's motion to dismiss (D.I. 82), Amarin's answer is due tomorrow, November 10. But Amarin requires some additional time to prepare its answer, including to account for the recent news that DRL does not intend to amend its tortious interference claim by November 28, 2022 as permitted by Judge Quraishi (*see* D.I. 86).[1]

We have consulted with opposing counsel and DRL consents to this extension. Accordingly, if this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All counsel (via e-mail)

---

[1] Judge Quraishi's October 27 Order provided DRL with leave to amend its tortious interference claim by November 28, 2022. If DRL were to file an amended complaint on that date, Amarin's response would otherwise be due on December 12, 2022 pursuant to Fed. R. Civ. P. 15(a)(3).

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Rukhsanah L. Singh, U.S.M.J.
November 9, 2022
Page 2

SO ORDERED.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.