Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
 (973) 286-6722
clizza@saul.com
wbaton@saul.com

*Attorneys for Defendants*
*Amarin Pharma, Inc., Amarin Pharmaceuticals*
*Ireland Limited, and Amarin Corporation plc*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. REDDY'S LABORATORIES INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and AMARIN CORPORATION PLC, <br><br> Defendants. | Civil Action No. 21-10309 (ZNQ)(RLS) <br><br> **CERTIFICATE OF SERVICE** <br><br> (Filed Electronically) |

ALEXANDER L. CALLO, hereby certifies:

      1.     I am an attorney-at-law of the State of New Jersey and an associate at the law firm of Saul Ewing LLP, counsel for Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Defendants") in the above-captioned matter.

2. On December 6, 2022, true and correct copies of (1) Defendants' Answer and Affirmative Defenses to the Complaint; and (2) Certificate of Service were filed electronically with the Court, and copies of same were sent via e-mail to the following counsel:

Frank D. Rodriguez
(frodriguez@windelsmarx.com)
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ 07940
Telephone: (973) 966-3200
Facsimile: (973) 966-3250

*Attorneys for Plaintiff*
*Dr. Reddy's Laboratories Inc.*

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 6, 2022    By: _____
              Alexander L. Callo