# Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.
## Counsellors at Law

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>LINDSEY H. TAYLOR<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>MARC D. MORY<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN++<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>++ MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>KEVIN G. COOPER<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>MICHAEL K. BELOSTOCK<br>BRIAN F. O'TOOLE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ |

June 20, 2023

**VIA ECF**

Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Building
402 East State Street
Trenton, NJ 08608

    Re:    *Plaintiffs' outline of open issues for June 21, 2023 Status Conference in*
- *In re: Vascepa Antitrust Litigation,*
Nos. 21-12061 (indirect purchasers), 21-12747 (direct purchasers);
- *Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc.,*
No. 21-10309;
- *Hikma Pharmaceuticals USA Inc. v. Amarin Pharma, Inc.,*
No. 23-1016.

Dear Judge Bongiovanni:

    Since we were last before the Court, there has been significant progress through the meet and confer process suggested by the Court, with only these issues remaining for the June 21, 2023 status conference.

- *Disclosure of search terms utilized by Amarin in its production to the FTC*: Amarin's position is that the materials it produced to the FTC fully satisfy Amarin's discovery obligations in this case (where there is overlap with the FTC's document requests). The plaintiffs disagree because we have no means to test Amarin's assertion without the search terms that Amarin used to collect and produce materials to the FTC. Amarin refuses to disclose its FTC search terms and the parties remain at impasse on this issue.

- *Production of White Papers and presentations Amarin made to the FTC*: Amarin's position remains that any White Papers or presentations provided or presented to the FTC as part of its investigation are "advocacy" materials protected as attorney work product. The plaintiffs disagree because the Third Circuit does not extend such protection to materials

Hon. Tonianne J. Bongiovanni
June 20, 2023
Page 2

or arguments submitted to government agencies. The parties remain at impasse on this issue.

The list above reflects the current issues on which the parties have met and conferred. We note, however, that additional issues may arise in relation to pending discovery requests the parties are still discussing.

Finally, the plaintiffs renew our request for a scheduling order for the case, setting deadlines for discovery, expert work, and briefing of dispositive motions and class certification (where applicable). We provide our proposed schedule, adjusted from that we suggested in January 2023, below.

| Event | Plaintiffs' January 2023 Proposal | Plaintiffs' June 2023 Proposal |
|---|---|---|
| Discovery opens; any prior discovery deemed served as of this day | January 13, 2023 | January 13, 2023 |
| Parties to exchange initial disclosures | January 27, 2023 | |
| Defendants to produce unredacted copies of the API agreements | February 13, 2023 | |
| Parties to file an agreed-to or competing Confidentiality Order(s) | February 28, 2023 | |
| Status conference with Magistrate Judge Bongiovanni | | June 21, 2023 |
| Parties to file an agreed-to or competing ESI Protocol(s) | February 28, 2023 | July 11, 2023 |
| Parties conclude negotiations over the purchasers' supplemental document requests and Amarin's document requests and bring any remaining disputes to the Court | | July 12, 2023 |

Hon. Tonianne J. Bongiovanni
June 20, 2023
Page 3

| Event | Plaintiffs' January 2023 Proposal | Plaintiffs' June 2023 Proposal |
|---|---|---|
| Amarin certifies that production of documents responsive to initial discovery requests deemed served on January 13, 2023 is substantially complete; substantial completion shall include significant production of the additional materials Amarin has agreed to produce during the parties' June 2023 negotiations. | March 17, 2023 | July 13, 2023 |
| Privilege logs for all documents produced on or before the July 13 substantial completion deadline due. | April 28, 2023 | July 27, 2023 |
| Amarin certifies that production of documents responsive to the purchasers' supplemental discovery requests is substantially complete | | August 17, 2023 |
| Purchaser plaintiffs and DRL certify that production of documents responsive to Amarin's initial discovery requests is substantially complete | | August 17, 2023 |
| Hikma certifies that production of documents responsive to Amarin's initial discovery requests is substantially complete | | September 30, 2023 |
| Deadline for parties to meet and confer regarding challenges to privilege log designations (if any). | July 14, 2023 | November 15, 2023 |
| Deadline for bringing privilege-related disputes to the Court's attention (e.g., motions concerning privilege log designations) for any documents produced by September 18. | [July] 23, 2023 | November 21, 2023 |
| Deadline for bringing disputes relating to written discovery to the Court's attention. | August 11, 2023 | December 20, 2023 |
| Deadline to amend pleadings or to add parties, claims, or defenses, except upon a showing of good cause | August 31, 2023 | January 16, 2024 |

Hon. Tonianne J. Bongiovanni
June 20, 2023
Page 4

| Event | Plaintiffs' January 2023 Proposal | Plaintiffs' June 2023 Proposal |
|---|---|---|
| *IPPs and DPPs to serve class certification motions and class certification expert declarations pursuant to former Appendix N* | *June 29, 2023* | *January 16, 2024* |
| Fact discovery closes. All discovery requests must be served to be answerable by this date, except for requests for admissions, which may be served up to 45 days before Rule 56 and Daubert motions are filed. | August 31, 2023 | January 16, 2024 |
| *Defendants to serve oppositions to IPP and DPP motions for class certification and expert declarations* | *August 3, 2023* | *February 15, 2024* |
| Plaintiffs serve merits expert reports | October 6, 2023 | February 27, 2024 |
| *IPPs and DPPs to serve replies in support of class certification and any reply expert declarations* | *September 7, 2023* | *March 14, 2024* |
| *File all class certification papers* | *September 8, 2023* | *March 15, 2024* |
| Defendants serve opposing merits expert reports | November 9, 2023 | March 26, 2024 |
| Plaintiffs serve reply merits expert reports, if any | December 8, 2023 | April 18, 2024 |
| *Deadline to depose class experts* | *November 30, 2023* | *April 18, 2024* |
| *Class certification hearing* | *As set by the Court* | *As set by the Court* |
| Deadline to depose merits experts | February 16, 2024 | May 16, 2024 |
| Parties file Rule 56 motions | March 8, 2024 | June 6, 2024 |
| Parties file Rule 56 oppositions, *Daubert* motions to challenge moving party's experts | May 10, 2024 | July 18, 2024 |
| Parties file Rule 56 reply briefs, respond to *Daubert* motions | May 31, 2024 | August 8, 2024 |
| Parties file *Daubert* reply briefs | June 14, 2024 | August 22, 2024 |

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO
A PROFESSIONAL CORPORATION

Hon. Tonianne J. Bongiovanni
June 20, 2023
Page 5

| Event | Plaintiffs' January 2023 Proposal | Plaintiffs' June 2023 Proposal |
|---|---|---|
| Hearing on Rule 56 and *Daubert* motions | As set by the Court | As set by the Court |
| Pretrial conference | As set by the Court | As set by the Court |
| Trial | As set by the Court | As set by the Court |

Sincerely,

*/s/ James E. Cecchi*
James E. Cecchi

*/s/ Lauren G. Barnes*
Lauren G. Barnes

*Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs*

Cc:   Counsel of record in the above-captioned cases