# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON　　　　　　　　　　　　　　　　**DATE**: AUGUST 23, 2023

**JUDGE** ROBERT KIRSCH

**COURT REPORTER**: CAROL FARRELL

**TITLE OF CASE:**　　　　　　　　　　　　　　**DOCKET NO. 21-CV-10309 (RK) (TJB)**

DR. REDDY'S LABORATORIES INC.

v.

AMARIN PHARMA, INC. ET AL

**APPEARANCES:**

Stuart Sender, Esq., counsel for Plaintiff

William Baton, Esq., Seth Silber, Esq., Brendan Coffman, Esq., Christina Clemens, Esq., Chul Pak, Esq., Amara Conteh, Esq. and Ashley Bass, Esq., for Defendant

**NATURE OF PROCEEDINGS**: TELEPHONE CONFERENCE

Telephone Conference held.

Parties consent to Mediation.

Order to follow.

**Time Commenced:**　2:11 p.m.
**Time Adjourned**:　2:20 p.m.
**Total Time**:　　　9 minutes

　　　　　　　　　　　　　　　　　　　　　　*Patricia Markey*
　　　　　　　　　　　　　　　　　　　　　　COURTROOM DEPUTY