Dr. Reddy's Laboratories Inc. v. Amarin Pharma, Inc., et. al., No. 21-10309

Proposed Case Schedule

| Event | DRL's November 2023 Proposal |
|---|---|
| Discovery opens; any prior discovery deemed served as of this day | *Completed* |
| Parties to exchange initial disclosures | *Completed* |
| Defendants to produce unredacted copies of the API agreements | *Completed* |
| Parties to file an agreed-to or competing Confidentiality Order(s) | *Completed* |
| Status conference with Magistrate Judge Bongiovanni | *Completed* |
| Parties to file an agreed-to or competing ESI Protocol(s) | *Completed* |
| Amarin certifies that production of documents responsive to initial discovery requests deemed served on January 13, 2023 is substantially complete; substantial completion shall include significant production of the additional materials Amarin has agreed to produce during the parties' June 2023 negotiations. | December 31, 2023 |
| Privilege logs for all documents produced on or before the December 31 substantial completion deadline due, excluding Hikma's productions. | February 29, 2024 |
| Amarin certifies that production of documents responsive to the purchasers' supplemental discovery requests is substantially complete | December 31, 2023 |
| DRL certifies that production of documents responsive to Amarin's initial discovery requests is substantially complete | December 31, 2023 |

| Event | DRL's November 2023 Proposal |
|---|---|
| *Purchaser plaintiffs certify that production of documents responsive to Amarin's initial discovery requests is substantially complete* | *As set by the Court* |
| Hikma certifies that production of documents responsive to Amarin's initial discovery requests is substantially complete for agreed custodians | January 30, 2024 |
| Deadline for parties to meet and confer regarding challenges to privilege log designations (if any). | April 15, 2024 |
| Deadline for bringing privilege-related disputes to the Court's attention (e.g., motions concerning privilege log designations) for any documents produced by January 19. | May 15, 2024 |
| Deadline for bringing disputes relating to written discovery to the Court's attention. | May 15, 2024 |
| Deadline to amend pleadings or to add parties, claims, or defenses, except upon a showing of good cause | July 16, 2024 |
| *IPPs and DPPs to serve class certification motions and class certification expert declarations pursuant to former Appendix N* | *As set by the Court* |
| Fact discovery closes. All discovery requests must be served to be answerable by this date, except for requests for admissions, which may be served up to 45 days before Rule 56 and Daubert motions are filed. | July 16, 2024 |
| *Defendants to serve oppositions to IPP and DPP motions for class certification and expert declarations* | *As set by the Court* |
| Plaintiffs serve merits expert reports | August 26, 2024 |

| Event | DRL's November 2023 Proposal |
|---|---|
| *IPPs and DPPs to serve replies in support of class certification and any reply expert declarations* | *As set by the Court* |
| *File all class certification papers* | *As set by the Court* |
| Defendants serve opposing merits expert reports | September 26, 2024 |
| Plaintiffs serve reply merits expert reports, if any | October 18, 2024 |
| *Deadline to depose class experts* | *As set by the Court* |
| *Class certification hearing* | *As set by the Court* |
| Deadline to depose merits experts | November 18, 2024 |
| Parties file Rule 56 motions | December 9, 2024 |
| Parties file Rule 56 oppositions, *Daubert* motions to challenge moving party's experts | January 8, 2025 |
| Parties file Rule 56 reply briefs, respond to *Daubert* motions | February 7, 2025 |
| Parties file *Daubert* reply briefs | February 21, 2025 |
| Hearing on Rule 56 and *Daubert* motions | *As set by the Court* |
| Pretrial conference | *As set by the Court* |
| Trial | *As set by the Court* |

SO ORDERED:

_____
HON. TONIANNE BONGIOVANNI, U.S.M.J