Frank D. Rodriguez (frodriguez@windelsmarx.com)
WINDELS MARX LANE & MITTENDORF LLC
One Giralda Farms
Madison, NJ 07940
Telephone: (973) 966-3200
Facsimile: (973) 966-3250

*Counsel for Plaintiff*
*Dr. Reddy's Laboratories Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DR. REDDY'S LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AMARIN CORPORATION PLC, <br><br> Defendants. | Case No. 3:21-cv-10309 (RK)(TJB) <br> Motion Date: August 19, 2024 <br><br> Judge: Hon. Robert A. Kirsch <br> Courtroom: 4E |

**NOTICE OF JOINT MOTION TO SEAL**

**PLEASE TAKE NOTICE** that on August 19, 2024, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Dr. Reddy's Laboratories, Inc. ("DRL") and Defendants Amarin Pharma, Inc., Amarin

Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin" or "Defendants") in the above-captioned matter will move before the United States District Court for the District of New Jersey, for the entry of an Order pursuant to Local Civil Rule 5.3(c) sealing portions of DRL's First Amended Complaint, which was filed under seal on July 1, 2024. *See* ECF No. 163.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(d)(4) and 5.3(c)(1), no legal brief is required, and all relevant information required by Local Civil Rule 5.3(c)(3) has been set forth in the accompanying Certification of Frank D. Rodriguez, counsel for DRL, and Certification of Alexander L. Callo, counsel for Amarin.

**PLEASE TAKE FURTHER NOTICE** that a proposed redacted version of the First Amended Complaint for public viewing is attached hereto as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order to Seal Materials is also submitted herewith for the Court's consideration in accordance with Local Civil Rule 7.1(e).

Date: July 15, 2024

                                                     Respectfully submitted,

By: /s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    Alexander L. Callo
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102
    (973) 286-6700
    wbaton@saul.com

    Timothy C. Hester*
    Ashley E. Bass*
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street NW
    Washington, D.C. 20001
    Telephone: (202) 662-6000
    Facsimile: (202) 778-6000
    thester@cov.com
    abass@cov.com

*Admitted pro hac vice
*Attorneys for Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc*

**WINDELS MARX LANE & MITTENDORF LLC**

By: /s/ Frank D. Rodriguez
    Frank D. Rodriguez
    Stuart D. Sender
    One Giralda Farms
    Madison, NJ 07940
    Telephone: (973) 966-3200
    Facsimile: (973) 966-3250
    frodriguez@windelsmarx.com
    ssender@windelsmarx.com

**WILSON SONSINI GOODRICH & ROSATI, P.C.**
Professional Corporation
Seth C. Silber (pro hac vice)
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

Chul Pak (pro hac vice)
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Phone: (212) 999-5800
Fax: (212) 999-5899

*Attorneys for Plaintiff
Dr. Reddy's Laboratories Inc.*

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on July 15, 2024, a true and correct copy of the foregoing **MOTION TO SEAL** was filed electronically through the Court's ECF system, which will provide notice to all counsel of record. I further certify that service of the foregoing will be made on Defendants at the time of service of the Summons and Complaint.

Dated:  July 15, 2024                       */s/ Frank D. Rodriguez*
                                                     Frank D. Rodriguez