Charles M. Lizza
William C. Baton
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
wbaton@saul.com

*Attorneys for Defendants*
*Amarin Pharma, Inc., Amarin Pharmaceuticals*
*Ireland Limited, and Amarin Corporation plc*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. REDDY'S LABORATORIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AMARIN CORPORATION PLC,<br><br>Defendants. | Civil Action No. 21-10309 (RK)(TJB)<br><br>(Filed Electronically) |
| IN RE: VASCEPA ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*All Actions* | Civil Action No. 21-12061 (RK)(TJB)<br>Civil Action No. 21-12747 (RK)(TJB) |
| HIKMA PHARMACEUTICALS USA INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and AMARIN CORPORATION PLC,<br><br>Defendants. | Civil Action No. 23-1016 (RK)(TJB) |
| TEVA PHARMACEUTICALS USA, INC.,<br><br>Plaintiff,<br><br>v. | Civil Action No. 24-4341 (RK)(TJB) |

| | |
|---|---|
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and AMARIN CORPORATION PLC,<br><br>                    Defendants. | |
| APOTEX INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, and AMARIN CORPORATION PLC,<br><br>                    Defendants. | Civil Action No. 24-7041 (RK)(TJB) |

## ORDER ADMITTING PAUL K. STRAUCH *PRO HAC VICE*

This matter having come before the Court on the application of Saul Ewing LLP ["movant"], attorneys for Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc, for the *pro hac vice* admission of Paul K. Strauch ["counsel"], pursuant to Local Civil Rule 101.1; and the Court having considered the Certifications in support of the application, which reflect that counsel satisfies the requirements set forth in Local Civil Rule 101.1(c)(1); and there being no opposition to this application; and for good cause shown,

IT IS ON THIS **11th** day of **September**, 2024,

ORDERED that the application for the *pro hac vice* admission of counsel is granted;

IT IS FURTHER ORDERED that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court;

IT IS FURTHER ORDERED that counsel is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions against counsel that may arise from counsel's participation in these matters;

IT IS FURTHER ORDERED that the movant shall (a) be attorneys of record in these cases in accordance with Local Civil R. 101.1(c); (b) be served all papers in these actions and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the cause and counsel in these matters;

IT IS FURTHER ORDERED that counsel shall each make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in these matters;

IT IS FURTHER ORDERED that counsel shall each pay $250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3); and

IT IS FURTHER ORDERED that all terms of the Orders entered in these cases, including all deadlines set forth therein, shall remain in full force and effect and no delay in discovery, motions, trial or any other proceeding shall occur because of the participation of counsel or counsel's inability to be in attendance at proceedings.

Honorable Tonianne J. Bongiovanni, U.S.M.J.