UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**
**MAGISTRATE JUDGE: BONGIOVANNI**
**Digitally Recorded: John Moller**

**DATE OF PROCEEDINGS**
July 28, 2025

**DOCKET #:**

24-cv-4341 (RK/TJB)
21-cv-10309 (RK/TJB)
24-cv-7041 (RK/TJB)
23-cv-1016 (RK/TJB)
21-cv-12061 (RK/TJB)
21-cv-12747 (RK/TJB)

**TITLE OF CASE**:

APOTEX INC.
    v.
AMARIN PHARMA, INC., et al.

**APPEARANCES:**

Jonathan Janow, Esq., for plaintiff Apotex
Ashley Bass, Esq., for plaintiff Amarin
Samir Doshi, Esq., for defendant Teva

**NATURE OF PROCEEDING:**

Conference held via Microsoft Teams.

TIME COMMENCED:     11:05 a.m.
TIME ADJOURNED:     12:14 p.m.          s/ John Moller
TOTAL TIME:  1 HOUR AND 9 MINUTES           Deputy Clerk