# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. REDDY'S LABORATORIES INC., | **Civil Action No. 3:21-cv-10309 (RK)(TJB)** |
| Plaintiff, | *(Document Filed Electronically)* |
| v. | |
| AMARIN PHARMA, INC., AMARIN PHARMACEUTICALS IRELAND LIMITED, AMARIN CORPORATION PLC, | **NOTICE OF APPEARANCE OF KIERSTEN A. FOWLER AS COUNSEL FOR PLAINTIFF** |
| Defendants. | |

**PLEASE TAKE NOTICE** that the Plaintiff, Dr. Reddy's Laboratories Inc. ("Plaintiff or "DRL"), is represented by Windels Marx Lane & Mittendorf LLP and Wilson Sonsini Goodrich & Rosati P.C. in the above-entitled action.  Kiersten A. Fowler, Esq. of Windels Marx Lane & Mittendorf LLP hereby enters her appearance as additional Counsel of record on behalf of DRL in this matter.  Kiersten A. Fowler is admitted to practice law in the United States District Court for the District of New Jersey.  Accordingly, DRL respectfully request that Kiersten A. Fowler receive all future notices of electronic filings through the CM/ECF System related to this case at kfowler@windelsmarx.com.

DATED:   April 1, 2026

*s/ Kiersten A. Fowler*
 **Kiersten A. Fowler**
 **WINDELS MARX LANE & MITTENDORF, LLP**
 180 Park Avenue
 Florham Park, NJ 07932
 Telephone: (973) 966-3200
 Facsimile: (973) 966-3250
 kfowler@windelsmarx.com
 *Attorneys for Plaintiff,*
 *Dr. Reddy's Laboratories Inc.*