

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

July 8, 2026

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:    *Vascepa Antitrust Litigation*, Civil Action Nos. 21-10309, 23-1016, 24-4341, 24-7041 (RK)(TJB)

Dear Judge Bongiovanni:

This firm, together with Covington & Burling LLP, represents Defendants Amarin Pharma, Inc., Amarin Pharmaceuticals Ireland Limited, and Amarin Corporation plc (collectively, "Amarin") in the above-captioned matters. We write further to the Court's June 11, 2026 Letter Order directing the parties to submit objections to depositions or disagreements regarding the number of depositions by July 8, 2026. ECF No. 226 in Civil Action No. 21-10309 (the "Order").

At this time, there are no disputes ripe for resolution. Amarin, however, provides the following status updates regarding two issues related to depositions that have arisen recently. Amarin is hopeful that Plaintiffs will make a good-faith effort to reach agreements with Amarin that would obviate the need for Court intervention as to those issues. Should the parties be unable to reach agreements on the issues below, Amarin will promptly inform the Court.

**Number of Depositions**

On June 24, the parties met and conferred to discuss deposition scheduling, pursuant to the Order. During the call, Plaintiffs informed Amarin for the first time that they would be serving a Federal Rule of Civil Procedure 30(b)(6) deposition notice on Amarin (the "Notice"). Plaintiffs did not serve their Notice until the evening of July 6. The Notice asks Amarin to prepare a corporate representative on 19 topics, including subparts, for a total of 34 areas of inquiry covering a 17-year time period for every topic.

As the Court is aware, Plaintiffs have already noticed 10 depositions of Amarin witnesses. Plaintiffs have also taken four depositions of third-party witnesses to date. Apotex separately has requested dates from five KD Pharma witnesses and intends to seek depositions of four Capiton

One Riverfront Plaza, Suite 1520 ◆ Newark, NJ 07102-5426 ◆ Phone: (973) 286-6700 ◆ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Tonianne J. Bongiovanni, U.S.M.J.
July 8, 2026
Page 2

witnesses.  Plaintiffs are thus well beyond the "10 depositions" that "can be taken under [Rule 30] . . . by the plaintiffs."  Fed. R. Civ. P. 30(a)(2).

Despite this, Amarin has not objected to the number of depositions in an effort to move depositions forward productively and in line with the Court's schedule.  However, the burden on Amarin is now unreasonably compounded by the Notice.  Amarin is still assessing the Notice, but facially, it appears overly broad and unduly burdensome.  Amarin intends to meet and confer with Plaintiffs regarding the Notice, as Rule 30(b)(6) requires, and is optimistic that Plaintiffs will make efforts to narrow the scope of their Notice accordingly so that the parties can proceed efficiently and without burdening the Court.

**Deposition Length**

Since the Court issued its March 26, 2025 Text Order regarding the length of Amarin depositions (*see* ECF No. 203 in Civil Action No. 21-10309), the Direct and Indirect Purchaser Plaintiffs have dismissed their cases against Amarin with prejudice.  The reasoning behind the Court's Text Order related to the number of parties and claims, which have now decreased.  As such, Amarin does not believe that a 14-hour deposition of each of its fact witnesses is reasonable or necessary at this stage given the overlapping nature of the generic manufacturer Plaintiffs' claims.

In the interest of compromise, Amarin offered to make its witnesses available for an 8.5-hour deposition.  Plaintiffs have not agreed to this offer, noting that some of these witnesses may be designated as Rule 30(b)(6) witnesses, and have offered to further discuss the issue.  As Plaintiffs did not serve their Notice until July 6, Amarin has not had the opportunity to engage Plaintiffs regarding this issue or the Notice as discussed above.  Amarin is optimistic that the remaining Plaintiffs will make good-faith efforts to reasonably reduce deposition length to minimize undue burden on Amarin witnesses, all but one of whom are former employees.

Thank you for Your Honor's kind attention to these matters.

Respectfully yours,

*William C. Baton*

William C. Baton

cc:    All Counsel (via email)